| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vietxican Investments, LLC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-41657-elm7** |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $184,173.00 | $0.00 |
|---|---|---|---|
| **People Fund** | **6020 Parker Blvd., Ste 120** | | |
| Creditor's mailing address | Describe the lien | | |
| **2801 Swiss Avenue** | **Business Debt** | | |
| | Is the creditor an insider or related party? | | |
| **Dallas     TX     75204** | ☑ No  ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | ☑ No | | |
| Date debt was incurred  **08/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number  **8  7  5  M** | As of the petition filing date, the claim is:<br>Check all that apply. | | |
| Do multiple creditors have an interest in the same property? | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $352,248.00

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

Debtor **Vietxican Investments, LLC.** Case number (if known) **20-41657-elm7**

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**   **Creditor's name**
**Venterra Reality**

**Creditor's mailing address**
**Jessica Inman**
**20333 Hwy 249, Ste. 650**

**Houston          TX    77070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**6020 Parker Blvd., Ste 120 NRH, TX 76180**

**Describe the lien**
**Retail lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$168,075.00**    Value: **$0.00**

**Fill in this information to identify the case:**

Debtor          **Vietxican Investments, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)    **20-41657-elm7**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

_____
_____
_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor **Vietxican Investments, LLC.** Case number (if known) **20-41657-elm7**

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream          IL     60197**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Last 4 digits of account number    3  3  1  5

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.06 |
|---|---|---|---|

**Coca-Cola Southwest Beverages LLC**
**PO Box 744010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta          GA     30384**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    8  4  8  1

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Law Firm of David Le, PLLC**
**7920 Belt Line Road**
**Ste 130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas          TX     75254**

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number    2  0  2  3

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quy Pham**
**DFW Ironman Corp**
**5900 E Berry Stm Ste 110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth          TX     76119**

**Basis for the claim:**
**Business buildout**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Vietxican Investments, LLC.** Case number (if known) **20-41657-elm7**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Mutual Insurance Company**
**PO Box 841843**

**Dallas**     **TX**     **75284**

Date or dates debt was incurred

Last 4 digits of account number    **2 1 8 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Workers Comp Ins**

**Is the claim subject to offset?**
☑ No
☐ Yes

$363.02

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**TXU Energy Retail Company LLC**
**Attn: Bankruptcy Dept**
**PO Box 650393**

**Dallas**     **TX**     **75265**

Date or dates debt was incurred

Last 4 digits of account number    **5 9 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,321.00

Debtor **Vietxican Investments, LLC.**     Case number (if known) **20-41657-elm7**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Quy Pham** <br> **2242 Mountain Lakes Dr** <br><br> **Cedar Hill**    **TX**    **75104-6424** | Line _____ <br> ☑ Not listed. Explain: <br> **Business buildout** | __ __ __ __ |

Debtor **Vietxican Investments, LLC.**      Case number (if known) **20-41657-elm7**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$5,454.08** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.    **$5,454.08** |

**Fill in this information to identify the case and this filing:**

Debtor Name **Vietxican Investments, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **20-41657-elm7**

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors** 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☑ Amended Schedule **A0H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/09/2020**
MM / DD / YYYY

X **/s/ Peter Trinh**
Signature of individual signing on behalf of debtor

**Peter Trinh**
Printed name

**Owner**
Position or relationship to debtor